In The


Court of Appeals


Sixth Appellate District of Texas at Texarkana



______________________________



No. 06-01-00105-CV


______________________________




MONICA MANZANALES, As Next Friend of


JORDAN MOLINA, Appellant


V.



FIRST TRANSIT, INC., Appellee




 


On Appeal from the 270th Judicial District Court


Harris County, Texas


Trial Court No. 2000-15095A




 




Before Cornelius, C.J., Grant and Ross, JJ.


Opinion by Justice Grant



O P I N I O N



 Monica Manzanales, as next friend of Jordan Molina, appellant, has filed a motion seeking
to dismiss her appeal because of a settlement between the parties. Pursuant to Tex. R. App. P. 42.1,
her motion is granted.

 The appeal is dismissed.



 Ben Z. Grant

 Justice


Date Submitted: October 16, 2001

Date Decided: October 16, 2001


Do Not Publish



er">IN RE:
HARLAND VETTER





                                                                                                                                            
                 
Original Mandamus Proceeding





                                                                                                                                            
                                           


Before Morriss, C.J., Ross and Carter, JJ.
Memorandum Opinion by Justice Ross



MEMORANDUM OPINION

          Harland Vetter has filed a petition for writ of mandamus in which he asks us to order
the court reporter of the 1st Judicial District Court in Sabine County to immediately prepare
and file the record of his trial. This Court has jurisdiction to issue a writ of mandamus
against a "judge of a district or county court in the court of appeals district; . . . ." Tex.
Gov't Code Ann. § 22.221(b) (Vernon 2004). We do not have jurisdiction to issue a writ
of mandamus against a court reporter in this context.


 
          The petition is denied.
 
                                                                           Donald R. Ross
                                                                           Justice

Date Submitted:      August 23, 2004
Date Decided:         August 24, 2004